**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| Jennifer Murtoff, *on behalf of herself and all others similarly situated*, | : : : : |
| Plaintiff, | : Civil Action No.: 1:21-cv-02607 : |
| v. | : : |
| My Eye Dr. Optometrists, LLC; and Capital Vision Services, LLC, | : : : |
| Defendants. | : : : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the Parties to this action, Plaintiff Jennifer Murtoff and Defendant Capital Vision Services, LLC, have reached a settlement. The Parties anticipate filing dismissal documents pursuant to FED. R. CIV. P. 41(a) within 45 days.

Dated: November 7, 2024                              Respectfully submitted,

*/s/ Stephen Taylor*                                        */s/ William Butler*

Stephen Taylor                                              Mark A. Nebrig
Sergei Lemberg                                              William M. Butler
Lemberg Law, LLC                                            Moore & Van Allen PLLC
43 Danbury Road                                             100 N. Tryon St., Suite 4700
Wilton, CT 06897                                            Charlotte, North Carolina 28202
Telephone: (203) 653-2250                                   Tel: (704) 331-1000
staylor@lemberglaw.com                                      Fax: (704) 339-5964
slemberg@lemberglaw.com                                     marknebrig@mvalaw.com
*Attorneys for Plaintiff*                                   billbutler@mvalaw.com

                                                            Daniel Simandl, #6335091
                                                            Epstein Becker & Green, P.C.
                                                            227 West Monroe Street, Suite 3250
                                                            Chicago, Illinois 60606
                                                            Telephone: (312) 499-1400
                                                            Email: dsimandl@ebglaw.com

Email: bspang@ebglaw.com

*Attorneys for Defendants,*
*My Eye Dr. Optometrists, LLC and*
*Capital Vision Services, LLC*